UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRIST A. TSETSE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:20-cv-00161-JPH-DML ) |
| WENDY KNIGHT, | ) ) ) |
| Respondent. | ) |

**ENTRY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS
AND DIRECTING ENTRY OF FINAL JUDGMENT**

In a prison disciplinary proceeding identified as No. CIC 19-10-0015, the petitioner was found guilty of violating prison rules. In her motion to dismiss, the respondent reports that the only sanction that could have affected the duration of the petitioner's custody, the suspended 60-day loss of earned credit time, was never enforced and the sanction has expired. *See* dkt. 12.

A federal court may issue a writ of habeas corpus pursuant to 28 U.S.C. § 2254(a) only if it finds the applicant "is in custody in violation of the Constitution or laws or treaties of the United States." *Id.* Because the petitioner is not "in custody" based on the sanctions imposed in the challenged disciplinary hearing, the habeas action is moot. *See Eichwedel v. Curry,* 700 F.3d 275, 279 (7th Cir. 2012). A moot case must be dismissed for lack of jurisdiction. *Home Care Providers, Inc. v. Hemmelgarn,* 861 F.3d 615, 620 (7th Cir. 2017).

Accordingly, for the above reasons, the respondent's unopposed motion to dismiss this action as moot, dkt. [11], is **GRANTED.** Judgment consistent with this Entry shall now issue.

**SO ORDERED**.

Date: 6/1/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CHRIST A. TSETSE
966972
PENDLETON - CORRECTIONAL INDUSTRIAL FACILITY
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

Abigail Recker
INDIANA ATTORNEY GENERAL
abigail.recker@atg.in.gov